E-FILED
Thursday, 08 October, 2026 02:34:32 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

FILED
OCT - 8 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

for the

United States of America
v.

Mark A. Casey
*Defendant(s)*

Case No. 26-mj- 3107

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8, 2026 in the county of Sangamon in the Central District of Illinois, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with Threat to Injure |
| 18 U.S.C. § 1038 | False Information and Hoaxes |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/ Redacted
*Complainant's signature*

Joshua T. Sheppard, FBI TFO
*Printed name and title*

Sworn to ~~before me and signed in my presence~~. by the applicant by reliable electronic means being telephone and electronic mail

Date: 8 Oct 2026 at 1:14 pm

*Judge's signature*

City and state: Springfield, Illinois

Douglas J. Quivey, United State Magistrate Judge
*Printed name and title*

FILED
OCT - 8 2026
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-mj- 3107 |
| | ) | |
| v. | ) | |
| | ) | **Filed Under Seal** |
| MARK A. CASEY | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
**AND REQUEST FOR ARREST WARRANT**

I, Task Force Officer Joshua Sheppard, being duly sworn on oath, depose and state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been since October 2023. I have been employed full-time in law enforcement in the State of Illinois since March 2013. During my time in law enforcement, I have worked on criminal cases to include criminal sexual assaults, felony robberies, felony forgeries, felony domestic batteries, and many more. I am assigned to the FBI Springfield Field Office's Counterterrorism Division's Joint Terrorism Task Force. During this assignment, I work investigations involving individuals who have committed violent acts against others due to their race, religion, or ethics as well as those who would do harm against the

United States. I have experience investigating a variety of violations including, but not limited to, child exploitation, child pornography, firearms offenses, drug offenses, and cyber related offenses. I have received training in the investigation of offenses involving terrorism, violent extremism, child pornography, and child exploitation as well as participated in investigations, search warrants, and arrests involving those violations. I also act as an Assistant Weapons of Mass Destruction Coordinator where I respond to calls from our local partners for incidents such as white powder letters, hoax bombing calls, suspicious packages, and explosive related cases. As a sworn police officer in the state of Illinois and a Task Force Officer with the FBI, I am authorized to make arrests for any offense against the United States committed in my presence or for any felony recognizable under the laws of the United States and state of Illinois, in accordance with 18 U.S.C. § 3056.

4. This affidavit is made in support of a criminal complaint charging Mark A. Casey (CASEY), born in the year 1980, with interstate communications with threat to injure in violation of 18 U.S.C. § 875(c) and false information and hoaxes in violation of 18 U.S.C. § 1038. A warrant for the arrest of CASEY is requested.

5. I am familiar with the following facts both from my work on this investigation, my training and experience, and from information learned from

other law enforcement professionals. The following is a summary and not a complete rendition of all facts relevant to the investigation. If called to testify, I would testify as follows:

6. At 8:20 a.m. on October 8, 2026, an Operational Support Technician (OST) at FBI Springfield answered a call into the public line for the FBI Operations Center. The OST answered the call by indicating the caller had reached the FBI. The male caller identified himself as "Mark" and claimed he was the ruler of Africa and that he was currently at the St. John's Breadline. "Mark" then began to curse "hey listen here you fucker" I need an officer to come get me at the Breadline and take me out of this country. The OST tried to deescalate the caller, but the caller quickly told OST "I am going to blow you up" and also "take you out" if someone didn't come get him. OST interpreted it as a threat to him and to the building. OST attempted to follow his procedure to obtain more information about the threat, however the male would not respond to questions and instead continued to make aggressive comments to the OST using curses and slurs, such as "fuck you faggot" "listen here gay white boy, I'm going to take you out." The call lasted approximately 58 seconds. OST identified the phone number as 447-***-6876. (complete number redacted).

7. OST realized after reviewing call records that the same number had previously called the FBI today at 5:47 a.m. At that time, the caller calmly asked

to make a report, and the OST transferred the caller into the FBI's reporting system.

8. At 6:39 a.m., a male delivered a handwritten letter to the FBI Springfield field office. The letter identified the author as CASEY and provided his social security number (SSN). Law enforcement records subsequently revealed that SSN to be the accurate SSN for CASEY. The letter also listed CASEY's phone number as 447-***-6876, the same as "Mark", the caller told the Operations Center. In the letter, CASEY also identified himself with his license plate number. The letter was somewhat illegible, but contained threats like "fuck yo country" and "killing mofos you got 48 hours fuck boy license plates [REDACTED] and I kill people in Jesus' name."

9. Boost Mobile is the service provider for the phone number 447-***-6876. According to Boost Mobile, CASEY is the subscriber to that telephone number.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that on or about October 8, 2026, CASEY committed the offenses of interstate communications with threat to injure in violation of 18 U.S.C. § 875(c) and false information and hoaxes in violation of 18 U.S.C. § 1038.

FURTHER AFFIANT SAYETH NOT.

s/ Redacted

Joshua Tyler Sheppard
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 41 on this 8th day of October 2026.

Douglas J. Quivey
United States Magistrate Judge